AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMOS HUNTER,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-105-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is Dismissed With Prejudice.

| | |
|---|---|
| May 4, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |